IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| BAKER EVENTS, LLC; JAY CARLL; DAVID VANSOLKEMA; and KILEY STULLER,<br><br>      Plaintiffs,<br><br>  v.<br><br>GRETCHEN WHITMER, in her official capacity as Governor for the State of Michigan; DANA NESSEL, in her official capacity as Attorney General of the State of Michigan; and LISA STEFANOVSKY, in her official capacity as Health Officer, Ottawa County Department of Public Health,<br><br>      Defendants. | No. 1:20-cv-00654<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>Hon. Paul L. Maloney |

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiffs Baker Events, LLC and Jay Carll hereby voluntarily dismiss this action set forth in the Complaint (Doc. No. 1).

Respectfully submitted,

AMERICAN FREEDOM LAW CENTER

/s/ *Robert J. Muise*
Robert J. Muise, Esq. (P62849)
PO Box 131098
Ann Arbor, Michigan 48113
Tel: (734) 635-3756; Fax: (801) 760-3901
rmuise@americanfreedomlawcenter.org

*Attorneys for Plaintiff Baker Events, LLC*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the court's electronic filing system.  Parties may access this filing through the court's system.  All counsel for the parties have entered their appearances.

AMERICAN FREEDOM LAW CENTER

/s/ *Robert J. Muise*
Robert J. Muise, Esq.